■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN WISNIEWSKI, Appellant. (Appeal No. 1.) [7 NYS3d 921]— Appeal from a judgment of the Supreme Court, Erie County

(John L. Michalski, A.J.), rendered April 13, 2011. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the third degree and offering a false instrument for filing in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Wisniewski* ([appeal No. 2] 128 AD3d 1481 [2015]). Present—Scudder, P.J., Smith, Peradotto, Lindley and DeJoseph, JJ.